```
 1  DAVID R. REED, State Bar #62479
    Attorney at Law (Automatictrials@yahoo.com)
 2  3699 Wilshire Blvd. #850
    L.A., Ca. 90010
 3  (310) 854-5246
    (442) 227-4002 fx
 4
    Attorney for: DANNY BURNETT
 5
 6              UNITED STATES DISTRICT COURT
 7              CENTRAL DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,  )  NO: ED CR-18-188 TJH #1
                               )
10      Plaintiff,             )  FILING OF LETTER OF DEFENDANT IN
                               )  SUPPORT OF HIS SENTENCING BRIEF
11      -vs-                   )
                               )
12  DANNY BURNETT,             )
                               )
13      Defendants.            )
                               )
14  ---------------------------/
15      To the clerk of the above entitled court and Special Assistant
16  United States Attorney Paul Levers:
17      Please find attached hereto, Mr. BURNETT'S LETTER TO THE COURT
18  IN SUPPORT OF HIS SENTENCING BRIEF.
19
20  Dated: December 27, 2018    Respectfully submitted,
21                              /S/ David R. Reed
22                              _____
                                David R. Reed
23                              Counsel for Mr. BURNETT
24
25
26
27
28
```

1

Dear Judge Hatter,

My name is Danny Burnett, and I'm due to be sentenced in your court this January. I'm writing with the hope of leniency in my sentence, and also to tell you a little bit about myself, and my current situation.

I was doing a 16-month violation at U.S.P. VICTORVILLE with no probation. I was relocating to Bullhead City, Arizona, with my fiancé, Michelle Norton, with the intentions of starting a new life together. We grew up together in Tennessee, and we both had too much in our pasts to stay there, so she took an offer to work in Arizona. I asked to be sent to a prison near Bullhead City, so, as you know, I was sent to U.S.P. Victorville.

Being classified a medium inmate, and being in a prison yard as a white man in California, I was expected to put work in (beat someone up) of their choosing; or to do other things if fighting isn't your expertise, and if you refuse, harm will surely come your way. I wanted no part in hurting someone else, so when they found out that I was getting visits, they asked me to try to bring something in. I could've said no, I'm sure, but my consequences would've been nothing short of brutal.

On OCTOBER 29, 2017, I was expecting a visit that never came, when I was taken to the SHU, and told only that I was under investigation. I didn't know what had happened to my fiancé, and no way of finding out. After 90 days in the SHU, I was charged with attempt to introduce narcotics, and found guilty by the BOP. As a result, they took my 90 days halfway house credits and all 51 days of my good time, and also put me in the hole for 7 months and 1 week. When I was released on June 6, 2018, the FBI picked me up and charged me with the exact same charge. Out of the 5 people mentioned in my case, 3 of whom were punished by the BOP, and the other two whom were caught with actual drugs, I am the only one indicted.

I only hope that Ms. Norton will be able to forgive me and move forward. I know I'll never be able to forgive myself! I cannot change the past, but I can definitely change my behavior that got me where I am right now! I'll be released to the Southern District in California, and I plan to get back into the construction trade. I'm a certified highlift operator; I can make a decent living and be a productive, law-abiding citizen.

Thank you for your time, and for your hopeful leniency in my case.

—Sincerely,
Danny J. Burnett