# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

CASE NO. **ED CR 18-0188-TJH**                                                           Date: March 4, 2019

HONORABLE TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Cindy Nirenberg | Paul D. Levers |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst U.S. Attorney |

| **DANNY JAMES BURNETT** | David R. Reed, apptd | N/A |
|---|---|---|
| Defendant | DFPD/APPTD/RTND/Counsel | Interpreter- |

**SENTENCE:**

| X | **REFER TO SEPARATE JUDGMENT AND PROBATION/COMMITMENT ORDER** and **SEE BELOW** |
|---|---|
|   | Imprisonment for _____ years/months on each of counts _____ |
|   | Count(s) _____ concurrent/consecutive to count(s) _____ |
|   | Fine of $ _____ is imposed on each of count(s) _____ Concurrent/Consecutive. |
|   | Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____ |
|   | Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____ |
|   | _____ year/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office: |
|   |   Perform _____ hours of community service. |
|   |   Serve _____ in a CCC/CTC. |
|   |   Pay $ _____ fine amounts & times determined by P/O. |
|   |   Make $ _____ restitution in amounts & times determined by P/O. |
|   |   Participate in a program for treatment of narcotic/alcohol addiction. |
|   |   Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of Bureau of Immigration and Customs Enforcement (BICE), if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours. |
|   |   OTHER CONDITIONS: _____ |
|   | Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court FINDS the defendant does not have the ability to pay. |
|   | Pay $ _____ per count, special assessment to the United States for a total of $ _____ |
|   | Imprisonment for _____ months/years and for a study pursuant to 18 USC _____ with results to be furnished to the Court within _____ days/months whereupon the sentence shall be subject to modification. |
|   | This matter is set for further hearing on _____ |
| X | **On Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.** |
| X | **Defendant informed of right to appeal** |
|   | ORDER sentencing transcript for Sentencing Commission. _____ Processed statement of reasons. |
|   | Bond exonerated _____ upon surrender _____ upon service of _____ |
|   | Execution of sentence is stayed until 12 noon on__ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal. |
|   | Defendant ordered remanded to/released from custody of U.S. Marshal forthwith. |
|   | Issued Remand/Release # |
|   | Present bond to continue as bond on appeal. |
|   | Appeal bond set at $ _____ |
| X | **Other: Melinda Nusbaum, U. S. Probation Officer is present. Statement of Reasons pursuant to the transcript of proceedings.** |
| X | **Filed and distributed judgment. JS-3.** |

cc: USM,   FISCAL

<u>: 36</u>

Deputy Clerk Initials  YS

CR 90 (5/15)                         CRIMINAL MINUTES - SENTENCING AND JUDGMENT